469 A.2d 691

In re Noti Children.

Appeal of Ann Marie Noti.

Reargument Denied Jan. 19, 1984.

Argued September 6, 1983. David A. Scholl, for appellant; Jack Anthony Panella, for participating party.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.